IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

```
AMBER FAULKNER,                     )
                                    )
Plaintiff,                          )
                                    )
vs.                                 )    NO. 3:11-CV-174
                                    )
NORTHERN INDIANA COMMUTER           )
TRANSPORTATION DISTRICT,            )
                                    )
Defendant.                          )
```

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Christopher A. Nuechterlein, dated February 12, 2012. The instant Report and Recommendation recommends that this matter be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41 in that Plaintiff has failed to respond to and comply with court orders. Plaintiff has failed to file an objection to the Report and Recommendation. Upon due consideration, this Court **ADOPTS** Magistrate Judge Nuechterlein's Report and Recommendation and **ORDERS** this matter **DISMISSED WITH PREJUDICE.**

**DATED: March 5, 2012**          /s/RUDY LOZANO, Judge
                                  **United States District Court**